BYRD, APPELLANT, *v.* ALEXANDER, WARDEN, APPELLEE.

[Cite as Byrd *v.* Alexander (1991), 60 Ohio St. 3d 124.]

(No. 90-1502—Submitted April 24, 1991—Decided June 5, 1991.)

*Randall M. Dana,* Ohio public defender, *Kenneth R. Spiert* and *Thomas R. Wetterer, Jr.,* for appellant.

*Lee I. Fisher,* attorney general, and *Donald G. Keyser,* for appellee.

The certification of conflict is dismissed as moot.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.